UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEWELL RATLIFF | * | CIVIL ACTION NO. 2:19-CV-11299 |
| VERSUS | * | JUDGE BARRY W. ASHE |
| MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes plaintiff, JEWELL RATLIFF, who respectfully submits the following Supplemental Witness List in accordance with this Honorable Court's Scheduling Order.

1) Norman J. Dufour, Jr.
   DLS Marine Survey & Appraisal
   3017 Lime Street
   Metairie, Louisiana 70006
   Mr. Dufour is a rebuttal witness, who will testify to his valuation survey of the M/V St. Elmo for the purpose of the Defendant's alleged limitation of liability.

Plaintiff, JEWELL RATLIFF, reserves his right to supplement his witness list as necessary as the identities of additional witnesses becomes known, and as discovery is ongoing, all in accordance with this Court's Scheduling Order.

Respectfully submitted:

BY: /s/ Jacob H. Hargett
   JASON M. WELBORN (#26548)
   JACOB H. HARGETT (#32490)
   WELBORN & HARGETT, LLC
   1540 W. Pinhook Road
   Lafayette, LA 70503
   Telephone: (337) 234-5533
   Facsimile: (337) 769-3173
   Attorneys for Plaintiff,
   JEWELL RATLIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was sent to all counsel of record via electronic filing through the CM/ECF system on the 7th day of June, 2021. Copies to any counsel not listed on the Court's CM/ECF system have been sent via U.S. first class mail, postage pre-paid and properly addressed.

   /s/Jacob H. Hargett
   Jacob H. Hargett